```
                                              FILED

                                        2007 JAN 17  PM 2: 37

                                        CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____ dp _____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | CASE NO. 06CR02095-001-WQH |
| ) v. ) | O R D E R |
| ) RUEDAS, Miguel A. ) | |
| ) Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 5, 2007, **is vacated and reset to** _April 23_, at _9:00 AM_.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: _1/12/07_

_____
William Q. Hayes
U.S. District Judge

cc: all counsel of record