FILED  
2007 JAN 17 PM 2:37  
CLERK US DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>    v.      )<br>            )<br>RUEDAS, Miguel A. )<br>            )<br>    Defendant. )<br>            ) | CASE NO. 06CR02095-001-WQH<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 5, 2007, **is vacated and reset to** _April 23_, at _9:00 AM_.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: _1/12/07_

_____  
William Q. Hayes  
U.S. District Judge

cc: all counsel of record